COOK | ROOS | WILBUR | THOMPSON LLP
SUSAN H. ROOS, CBN 107278
KRISTINA H. SHUTE, CBN 221439
221 Main Street, Suite 1600
San Francisco, California 94105
Telephone:    415-362-7071
Facsimile:    415-362-7073

Attorneys for Plaintiff
JLT AEROSPACE (NORTH AMERICA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JLT AEROSPACE (NORTH AMERICA), INC., a corporation, <br><br> Plaintiff, <br><br> vs. <br><br> CLAUDIA ROCKSETH-SHIPMAN, an individual, <br><br> Defendant. | Case No.: C 07 5099 EMC <br><br> **PROOF OF SERVICE BY FEDERAL EXPRESS** |

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18, and not a party to the action. I am employed in the City and County of San Francisco, State of California, in which county the within-mentioned mailing occurred. My business address is that of Cook | Roos | Wilbur | Thompson LLP, 221 Main Street, Suite 1600, San Francisco, California 94105. I am readily familiar with the business practices of Cook | Roos | Wilbur | Thompson LLP for collection and processing of correspondence for delivery by Federal Express. Such correspondence will be deposited with Federal Express on the same day it is collected and processed by Cook | Roos | Wilbur | Thompson LLP in the ordinary course of business.

On October 5, 2007, I served the following document(s):

**Summons in a Civil Case; Complaint and Demand for Jury Trial; Civil Cover Sheet; ECF Registration Information Handout; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Civil Practice in Case Assigned for all Purposes to Magistrate Judge Edward M. Chen; Notice of Assignment of Case to a United States Magistrate Judge for Trial; Consent to Proceed Before United States Magistrate Judge; Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge; and Welcome to the U.S. District Court, San Francisco Office Hours**

by placing a copy in a separate envelope for each addressee named below, with the name and address of the person served shown on the envelope as follows:

Claudia Rockseth Shipman
1301 Darling Street
Napa, California 94558

and by sealing the envelope and placing it for collection and mailing with Federal Express charges thereon fully prepaid in accordance with the ordinary business practices of

Cook | Roos | Wilbur | Thompson LLP.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 5, 2007 in San Francisco, California.

Sandra Savage

POS-FedEx.doc

JLT AEROSPACE v. ROCKSETH-SHIPMAN, ET AL.
CASE NO. C 07 5099 EMC                    2

PROOF OF SERVICE