SUSAN H. ROOS (SBN 107278)
COOK | ROOS | WILBUR | THOMPSON LLP
221 Main Street, Suite 1600
San Francisco, CA 94105
Telephone: (415) 362-7071
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: JLT AEROSPACE (NORTH AMERICA), INC., a corporation
Defendant: CLAUDIA ROCKSETH-SHIPMAN, an individual

Ref#: 223274    *    **PROOF OF SERVICE**    *    Case No.: C 07 5099 EMC

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT AND DEMAND FOR JURY TRIAL; CIVIL COVER SHEET; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO OFFICE HOURS

in the within action by personally delivering true copies thereof to the person named below, as follows:

| | | |
|---|---|---|
| Party served | : | CLAUDIA ROCKSETH SHIPMAN |
| By serving | : | Cindy Buckley agreed to accept service on behalf of Claudia Rockseth Shipman. |
| Address | : | (Home) 1301 Darling Street Napa, CA 94558 |
| Date of Service: | | October 4, 2007 |
| Time of Service: | | 3:40 PM |

Person who served papers:
SHANNON L. ROUSE
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $203.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.:
(iii) County:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: October 5, 2007                    Signature _____