SUSAN H. ROOS (SBN 107278)
COOK | ROOS | WILBUR | THOMPSON LLP
221 Main Street, Suite 1600
San Francisco, CA 94105
Telephone: (415) 362-7071
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : JLT AEROSPACE (NORTH AMERICA), INC., a corporation
Defendant : CLAUDIA ROCKSETH-SHIPMAN, an individual
Ref#: 223274      * **DECLARATION RE SERVICE** *   Case No.: C 07 5099 EMC

I am and was on the dates herein mentioned, over the age of eighteen and not a party to the within action. My business address is: 1112 Bryant Street, Suite 200, San Francisco, CA 94103. I received the within process on October 3, 2007 and made the following attempt(s), effort(s), and/or inquirie(s) to serve the within named: CLAUDIA ROCKSETH SHIPMAN

Residence address (H) : 1301 Darling Street, Napa, CA 94558
Business address (B) : UNKNOWN

Below is a list of dates, times and details regarding efforts to effect service.

10/3/2007 @ 7:30 PM (H) Location is gated. No answer at the call box at time of attempt. Two cars parked in front of residence.
10/4/2007 @ 10:03 AM (H) Subject is out of town until Friday or Monday per female via call box at time of attempt.
10/4/2007 @ 3:40 PM (H) Subject not in at time of attempt. Left documents with Cindy Buckley who agreed to accept service on behalf of Claudia Rockseth Shipman.

Declarant:
SHANNON L. ROUSE
SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $203.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.:
(iii) County:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 5, 2007          Signature _____

** TOTAL PAGE.03 **

Case Name: JLT Aerospace (North America), Inc. v. Claudia Rockseth-Shipman
Case No: C 07-5099 EMC

PROOF OF SERVICE VIA U.S. MAIL

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18, and not a party to the action. I am employed in the City and County of San Francisco, State of California, in which county the within-mentioned mailing occurred. My business address is that of Cook | Roos | Wilbur | Thompson LLP, 221 Main Street, Suite 1600, San Francisco, California 94105. I am readily familiar with the business practices of Cook | Roos | Wilbur | Thompson LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence will be deposited with the United States Postal Service on the same day it is collected and processed by Cook | Roos | Wilbur | Thompson LLP in the ordinary course of business.

On October 15, 2007 at the offices of Cook | Roos | Wilbur | Thompson LLP, 221 Main Street, Suite 1600, San Francisco, California 94105, I served the following document(s):

**DECLARATION RE SERVICE**

by placing a copy in a separate envelope for each addressee named below, with the name and address of the person served shown on the envelope as follows:

Claudia Rockseth Shipman
1301 Darling Street
Napa, CA 94558

and by sealing the envelopes and placing them for collection and mailing with postage thereon fully prepaid in accordance with the ordinary business practices of Cook | Roos | Wilbur | Thompson LLP.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 15, 2007 at San Francisco, California.

_____
Sandra Savage

0-posmail.wpd