1  Bingham McCutcheon LLP
   ROBERT A. LEWIS (SBN 83630)
2  robert.lewis@bingham.com
   ALAN R. BERKOWITZ (SBN 50112)
3  alan.berkowitz@bingham.com
   BRYAN E. DALEY (SBN 227517)
4  bryan.daley@bingham.com
   Three Embarcadero Center
5  San Francisco, CA 94111-4067
   Telephone: 415.393.2000
6  Facsimile: 415.393.2286

7  Attorneys for Defendant
   Claudia Rockseth-Shipman
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13 JLT AEROSPACE (NORTH AMERICA), INC.,    No. C 07-5099 (EMC)
   a corporation,
14                                          STIPULATION TO EXTEND
                  Plaintiff,                DEFENDANT'S DEADLINE TO
15        v.                                ANSWER OR OTHERWISE RESPOND
                                            TO PLAINTIFF'S COMPLAINT
16 CLAUDIA ROCKSETH-SHIPMAN,                (N.D. Cal. Local Rule 6-1(a))

17                Defendant.

18

ACTIVE/72260415.1/2000047-2000470011

1

2       IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH

3 THEIR COUNSEL, AS FOLLOWS:

4       The time for Defendant Claudia Rockseth-Shipman to answer or otherwise

5 respond to Plaintiff's Complaint shall be extended sixty (60) days to December 18, 2007.

6     **SO STIPULATED**.

7

8 DATED: October 19, 2007        BINGHAM McCUTCHEN LLP

9

10                               By: /s/ Bryan Daley

11                                   Bryan E. Daley
                                  Attorneys for Defendant

12                                   Claudia Rockseth-Shipman

13 DATED: October 19, 2007        COOK | ROOS | WILBUR | THOMPSON LLP

14

15                               By: /s/ Susan H. Roos

16                                   Susan H. Roos
                                  Attorneys for Plaintiff

17                                   JLT Aerospace (North America), Inc.

18

19

20

21

22

23

24

25

26

27

28

ACTIVE/72260415.1/2000047-2000470011    2

STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT - CASE No. C 07-5099 (EMC)