1  Bingham McCutchen LLP
   ROBERT A. LEWIS (SBN 83630)
2  robert.lewis@bingham.com
   ALAN R. BERKOWITZ (SBN 50112)
3  alan.berkowitz@bingham.com
   BRYAN E. DALEY (SBN 227517)
4  bryan.daley@bingham.com
   Three Embarcadero Center
5  San Francisco, CA  94111-4067
   Telephone:  415.393.2000
6  Facsimile:  415.393.2286

7  Attorneys for Defendant
   Claudia Rockseth-Shipman
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13 JLT AEROSPACE (NORTH AMERICA), INC.,   | No. C 07-5099 (EMC)
   a corporation,
14                                         | STIPULATION TO EXTEND
                Plaintiff,                 | DEFENDANT'S DEADLINE TO
15       v.                                | ANSWER OR OTHERWISE RESPOND
                                           | TO PLAINTIFF'S COMPLAINT
16 CLAUDIA ROCKSETH-SHIPMAN,               | (N.D. Cal. Local Rule 6-1(a)); ORDER

17              Defendant.

ACTIVE/72260415.1/2000047-2000470011

STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT  (CASE No. C 07-5099 (EMC))

| | |
|---|---|
| 1 | |
| 2 | IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH |
| 3 | THEIR COUNSEL, AS FOLLOWS: |
| 4 | The time for Defendant Claudia Rockseth-Shipman to answer or otherwise |
| 5 | respond to Plaintiff's Complaint shall be extended sixty (60) days to December 18, 2007. |
| 6 | **SO STIPULATED**. |

DATED: October 19, 2007          BINGHAM McCUTCHEN LLP

By: /s/ Bryan Daley
　　Bryan E. Daley
　　Attorneys for Defendant
　　Claudia Rockseth-Shipman

DATED: October 19, 2007          COOK | ROOS | WILBUR | THOMPSON LLP

By: /s/ Susan H. Roos
　　Susan H. Roos
　　Attorneys for Plaintiff
　　JLT Aerospace (North America), Inc.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

ACTIVE/72260415.1/2000047-2000470011                   2

STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT - CASE No. C 07-5099 (EMC)