```
COOK | ROOS | WILBUR | THOMPSON LLP
SUSAN H. ROOS, CBN 107278
KRISTINA H. SHUTE, CBN 221439
221 Main Street, Suite 1600
San Francisco, California 94105
Telephone:    415-362-7071
Facsimile:    415-362-7073

Attorneys for Plaintiff
JLT AEROSPACE (NORTH AMERICA), INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JLT AEROSPACE (NORTH AMERICA), INC., a corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CLAUDIA ROCKSETH-SHIPMAN, an individual,<br><br>　　　　　　Defendant. | Case No.: C 07 5099 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

　　The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: December 11, 2007.　　　　　　　　COOK | ROOS | WILBUR | THOMPSON LLP

　　　　　　　　　　　　　　　　　　　　By _____/s/ Kristina Shute_____
　　　　　　　　　　　　　　　　　　　　　　KRISTINA H. SHUTE
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　JLT AEROSPACE (NORTH AMERICA), INC.