1  Bingham McCutchen LLP
   ROBERT A. LEWIS (SBN 83630)
2  robert.lewis@bingham.com
   ALAN R. BERKOWITZ (SBN 50112)
3  alan.berkowitz@bingham.com
   BRYAN E. DALEY (SBN 227517)
4  bryan.daley@bingham.com
   Three Embarcadero Center
5  San Francisco, CA  94111-4067
   Telephone:  415.393.2000
6  Facsimile:  415.393.2286

7  Attorneys for Defendant
   Claudia Rockseth-Shipman
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13 JLT AEROSPACE (NORTH AMERICA), INC.,   No. C 07-5099 (JSW)
   a corporation,
14                                        STIPULATION AND [PROPOSED]
               Plaintiff,                 ORDER EXTENDING DEFENDANT'S
15      v.                                DEADLINE TO ANSWER OR
                                          OTHERWISE RESPOND TO
16 CLAUDIA ROCKSETH-SHIPMAN,              PLAINTIFF'S COMPLAINT
                                          (N.D. Cal. Local Rule 6-1(a))
17             Defendant.

A/72353172.1/2000047-0000328979

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S DEADLINE TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT - CASE No. C 07-5099 (JSW)

1  WHEREAS in October 2007, in a related matter JLT Aerospace ("JLT") and Ms. Shipman's employer, Marsh USA, Inc. ("Marsh"), agreed to a plan providing for informal discovery and a timetable for conducting good-faith, in-person settlement negotiations that if successful would also settle the present action;

WHEREAS in that related action, JLT and Marsh have served and are currently in the process of responding to informal written discovery requests, including requests from JLT for documents in the possession of Ms. Shipman;

WHEREAS in that related action, JLT and Marsh intend to conduct settlement negotiations tentatively scheduled for mid-January, 2008 at which point this present matter may be resolved; and

WHEREAS the parties believe that an extension of Ms. Shipman's deadline to answer or otherwise respond to JLT's Complaint will allow JLT and Marsh to focus on these informal efforts towards settlement in the related matter which will also, if successful, settle the present matter without the need for protracted litigation.

**THE PARTIES THEREFORE STIPULATE AND AGREE THAT:**

The time for Defendant Claudia Rockseth-Shipman to answer or otherwise respond to Plaintiff's Complaint shall be extended twenty-eight (28) days to January 15, 2008.

**SO STIPULATED**.

DATED: December 14, 2007        BINGHAM McCUTCHEN LLP

By: /s/ Bryan Daley
Bryan E. Daley
bryan.daley@bingham.com
Attorneys for Defendant
Claudia Rockseth-Shipman

DATED: December 14, 2007        COOK | ROOS | WILBUR | THOMPSON LLP

By: /s/ Susan H. Roos
Susan H. Roos
sroos@cookroos.com
Attorneys for Plaintiff
JLT Aerospace (North America), Inc.

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED**

2

3

4  DATED: December    , 2007          _____
                                                   Hon. Jeffrey S. White
5                                                  U.S. DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

A/72353172.1/2000047-0000328979                         3

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S DEADLINE TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT - CASE No. C 07-5099 (JSW)