1  Bingham McCutchen LLP
   ROBERT A. LEWIS (SBN 83630)
2  robert.lewis@bingham.com
   ALAN R. BERKOWITZ (SBN 50112)
3  alan.berkowitz@bingham.com
   BRYAN E. DALEY (SBN 227517)
4  bryan.daley@bingham.com
   Three Embarcadero Center
5  San Francisco, CA  94111-4067
   Telephone:  415.393.2000
6  Facsimile:  415.393.2286

7  Attorneys for Defendant
   Claudia Rockseth-Shipman
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13 JLT AEROSPACE (NORTH AMERICA), INC., | No. C 07-5099 (JSW)
   a corporation,
14                                     | PLAINTIFF AND DEFENDANT'S
              Plaintiff,                 STIPULATED REQUEST FOR AN
15     v.                                ORDER CONTINUING THE PARTIES'
                                         CASE MANAGEMENT CONFERENCE
16 CLAUDIA ROCKSETH-SHIPMAN,             AND EXTENDING DEFENDANT'S
                                         DEADLINE TO ANSWER OR
17            Defendant.                 OTHERWISE RESPOND TO
                                         PLAINTIFF'S COMPLAINT
18                                       (N.D. Cal. Local Rule 6-2; FRCP 6(b))

19

20

21

22

23

24

25

26

27

28

A/72330768.1/2000047-0000328979

PLAINTIFF AND DEFENDANT'S STIPULATED REQUEST FOR AN ORDER CONTINUING THE CMC
AND EXTENDING DEFENDANT'S DEADLINE TO ANSWER/RESPOND (Case No. C 07-5099 (JSW))

THE PARTIES STIPULATE THROUGH THEIR COUNSEL AS FOLLOWS:

1. In October 2007, in a related matter, JLT Aerospace ("JLT") and Ms. Shipman's employer, Marsh USA, Inc. ("Marsh"), agreed to a plan providing for informal discovery and a timetable for conducting good-faith, in-person settlement negotiations that if successful would also settle the present action.

2. On December 17, the Court agreed to extend Defendant Shipman's deadline to answer or otherwise respond to Plaintiff's Complaint to January 15, 2008. On December 18, the Court ordered that the parties' initial case management conference ("CMC") would be held on February 8, 2008.

3. In the related action, JLT and Marsh have agreed to participate in an in-person mediation session on January 18, 2008, during which this present matter may be resolved.

4. The parties believe that a continuance of the CMC and a further extension of Ms. Shipman's deadline to answer or otherwise respond to JLT's Complaint will allow JLT and Marsh to focus on the mediation scheduled for January 18, 2008 in the related matter which will also, if successful, settle the present matter without the need for protracted litigation.

5. The parties therefore request that the Court: (1) Continue the parties' CMC by 7 days to February 15, 2008; and (2) Extend Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint by a further ten days to January 25, 2008.

**SO STIPULATED**.

DATED: January 14, 2008         BINGHAM McCUTCHEN LLP

                                By: /s/ Bryan Daley
                                    Bryan E. Daley
                                    Attorneys for Defendant
                                    Claudia Rockseth-Shipman

DATED: January 14, 2008         COOK | ROOS | WILBUR | THOMPSON LLP

                                By: /s/ Susan H. Roos
                                    Susan H. Roos
                                    Attorneys for Plaintiff
                                    JLT Aerospace (North America), Inc.

A/72330768.1/2000047-0000328979                2

PLAINTIFF AND DEFENDANT'S STIPULATED REQUEST FOR AN ORDER CONTINUING THE CMC
AND EXTENDING DEFENDANT'S DEADLINE TO ANSWER/RESPOND (Case No. C 07-5099 (JSW))

1   <u>ATTESTATION CLAUSE</u>

2   I, Bryan E. Daley, am the ECF user whose ID and password are being used to file
3   this Stipulated Request for an Order Continuing the Parties' Case Management Conference and
4   Extending Defendant's Deadline to Answer or Otherwise Respond to Plaintiff's Complaint.  In
5   compliance with General Order 45, X.B., I hereby attest that Susan H. Roos has concurred in this
6   filing.

8   DATED: January 14, 2008          BINGHAM McCUTCHEN LLP

10                                   By: /s/ Bryan Daley
11                                        Bryan E. Daley
                                          Attorneys for Defendant
12                                        Claudia Rockseth-Shipman

A/72330768.1/2000047-0000328979          3

PLAINTIFF AND DEFENDANT'S STIPULATED REQUEST FOR AN ORDER CONTINUING THE CMC
AND EXTENDING DEFENDANT'S DEADLINE TO ANSWER/RESPOND (Case No. C 07-5099 (JSW))