1   Bingham McCutchen LLP
    ROBERT A. LEWIS (SBN 83630)
2   robert.lewis@bingham.com
    ALAN R. BERKOWITZ (SBN 50112)
3   alan.berkowitz@bingham.com
    BRYAN E. DALEY (SBN 227517)
4   bryan.daley@bingham.com
    Three Embarcadero Center
5   San Francisco, CA  94111-4067
    Telephone:  415.393.2000
6   Facsimile:  415.393.2286

7   Attorneys for Defendant
    Claudia Rockseth-Shipman

8

9                 UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13  JLT AEROSPACE (NORTH AMERICA), INC.,        No. C 07-5099 (JSW)
    a corporation,
14                                              DECLARATION OF BRYAN DALEY
                 Plaintiff,                     IN SUPPORT OF PLAINTIFF AND
15                                              DEFENDANT'S STIPULATED
          v.                                    REQUEST FOR AN ORDER
16                                              CONTINUING THE PARTIES' CASE
    CLAUDIA ROCKSETH-SHIPMAN,                   MANAGEMENT CONFERENCE AND
17                                              EXTENDING DEFENDANT'S
                 Defendant.                     DEADLINE TO ANSWER OR
18                                              OTHERWISE RESPOND TO
                                                PLAINTIFF'S COMPLAINT
19                                              (N.D. Cal. Local Rule 6-2; FRCP 6(b))

20

21

22

23

24

25

26

27

28
    A/72330798.1/2000047-0000328979

    DALEY DECL. IN SUPPORT OF STIPULATED REQUEST FOR AN ORDER CONTINUING THE CMC
    AND EXTENDING DEFENDANT'S DEADLINE TO ANSWER/RESPOND (Case No. C 07-5099 (JSW))

1     Bryan Daley declares:

2         1.     I am an associate of Bingham McCutchen LLP, counsel of record for

3   defendant Claudia Rockseth-Shipman in this action.  I have personal knowledge of the facts set

4   forth in this Declaration and would be competent to testify to them if called upon to do so.

5         2.     The Court has previously ordered two time modifications in this case.  On

6   October 26, 2007 and December 14, 2007, the Court entered orders approving the parties'

7   stipulations that Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint

8   would be extended.

9         3.     In the parties' Stipulated Request, filed concurrently with this Declaration,

10  the parties ask the Court to continue the parties' case management conference and to extend

11  Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint.  The continuance

12  and extension are appropriate because, in a related matter, JLT Aerospace ("JLT") and Ms.

13  Shipman's employer, Marsh USA, Inc. ("Marsh"), agreed to a plan providing for informal

14  discovery and a timetable for conducting good-faith, in-person settlement negotiations that if

15  successful would also settle the present action.  In accordance with that agreement, the parties

16  will be conducing an in-person mediation session on January 18, 2008.  Granting the parties'

17  stipulated request will allow the parties to focus on their settlement efforts and, if the parties

18  settle, will save the parties and the Court from the time and expense of the procedures currently

19  scheduled.

20

21        I declare under penalty of perjury that the foregoing is true and correct.

22        Executed this 14th day of January, 2008 in San Francisco, California.

23

24

25                                    /s/ Bryan Daley
                                            Bryan Daley

26

27

28

DALEY DECL. IN SUPPORT OF STIPULATED REQUEST FOR AN ORDER CONTINUING THE CMC
AND EXTENDING DEFENDANT'S DEADLINE TO ANSWER/RESPOND (Case No. C 07-5099 (JSW))