1  Bingham McCutchen LLP
   ROBERT A. LEWIS (SBN 83630)
2  robert.lewis@bingham.com
   ALAN R. BERKOWITZ (SBN 50112)
3  alan.berkowitz@bingham.com
   BRYAN E. DALEY (SBN 227517)
4  bryan.daley@bingham.com
   Three Embarcadero Center
5  San Francisco, CA  94111-4067
   Telephone:  415.393.2000
6  Facsimile:  415.393.2286

7  Attorneys for Defendant
   Claudia Rockseth-Shipman
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13  JLT AEROSPACE (NORTH AMERICA), INC.,        No. C 07-5099 (JSW)
    a corporation,
14                                              [PROPOSED] ORDER GRANTING
                  Plaintiff,                    PLAINTIFF AND DEFENDANT'S
15        v.                                    STIPULATED REQUEST FOR AN
                                                ORDER CONTINUING THE PARTIES'
16  CLAUDIA ROCKSETH-SHIPMAN,                   CASE MANAGEMENT CONFERENCE
                                                AND EXTENDING DEFENDANT'S
17                Defendant.                    DEADLINE TO ANSWER OR
                                                OTHERWISE RESPOND TO
18                                              PLAINTIFF'S COMPLAINT
                                                (N.D. Cal. Local Rule 6-2; FRCP 6(b))
19

20

21

22

23

24

25

26

27

28

A/72330801.1/2000047-0000328979

1    For good cause shown, the Court HEREBY GRANTS Plaintiff and Defendant's
2    Stipulated Request for an Order Continuing the Parties' Case Management Conference and
3    Extending Defendant's Deadline to Answer or Otherwise Respond to Plaintiff's Complaint.
4    Accordingly, the operative deadlines in this matter are as follows:

| Activity | Date |
|---|---|
| Defendant's Deadline to Answer or Otherwise Respond to Plaintiff's Complaint. | January 25, 2008 |
| Last day to file Rule 26(f) Report covering topics set forth in the Standing Order for All Judges of the Northern District of California | February 8, 2008 |
| Initial Case Management Conference | February 15, 2008 at 1:30 p.m. |

**APPROVED AS TO FORM**

DATED: January 14, 2008        BINGHAM McCUTCHEN LLP

By: /s/ Bryan E. Daley
Bryan E. Daley
Attorneys for Defendant
Claudia Rockseth-Shipman
bryan.daley@bingham.com

DATED: January 14, 2008        COOK | ROOS | WILBUR | THOMPSON LLP

By: /s/ Susan H. Roos
Susan H. Roos
Attorneys for Plaintiff
JLT Aerospace (North America), Inc.
sroos@cookroos.com

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: January    , 2008        _____
Hon. James Larson
U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR AN ORDER CONTINUING THE CMC
AND EXTENDING DEFENDANT'S DEADLINE TO ANSWER/RESPOND (Case No. C 07-5099 (EMC))

| | |
|---|---|
| 1 | <u>ATTESTATION CLAUSE</u> |

2  I, Bryan E. Daley, am the ECF user whose ID and password are being used to file

3  this [Proposed] Order Granting Plaintiff and Defendant's Stipulated Request for an Order

4  Continuing the Parties' Case Management Conference and Extending Defendant's Deadline to

5  Answer or Otherwise Respond to Plaintiff's Complaint.  In compliance with General Order 45,

6  X.B., I hereby attest that Susan H. Roos has concurred in this filing.

7

8  DATED: January 14, 2008            BINGHAM McCUTCHEN LLP

9

10                              By:  /s/ Bryan Daley
                                        Bryan E. Daley
11                                      Attorneys for Defendant
                                        Claudia Rockseth-Shipman

A/72330801.1/2000047-0000328979                3

[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR AN ORDER CONTINUING THE CMC
AND EXTENDING DEFENDANT'S DEADLINE TO ANSWER/RESPOND (Case No. C 07-5099 (EMC))