1    Bingham McCutchen LLP
     ROBERT A. LEWIS (SBN 83630)
2    robert.lewis@bingham.com
     ALAN R. BERKOWITZ (SBN 50112)
3    alan.berkowitz@bingham.com
     BRYAN E. DALEY (SBN 227517)
4    bryan.daley@bingham.com
     Three Embarcadero Center
5    San Francisco, CA  94111-4067
     Telephone:  415.393.2000
6    Facsimile:  415.393.2286

7    Attorneys for Defendant
     Claudia Rockseth-Shipman

8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12

13   JLT AEROSPACE (NORTH AMERICA), INC.,        No. C 07-5099 (JSW)
     a corporation,
14                                               [PROPOSED] ORDER GRANTING
                                                 PLAINTIFF AND DEFENDANT'S
              Plaintiff,                         STIPULATED REQUEST FOR AN
15                                               ORDER CONTINUING THE PARTIES'
          v.                                     CASE MANAGEMENT CONFERENCE
16                                               AND EXTENDING DEFENDANT'S
     CLAUDIA ROCKSETH-SHIPMAN,                   DEADLINE TO ANSWER OR
17                                               OTHERWISE RESPOND TO
              Defendant.                         PLAINTIFF'S COMPLAINT
18                                               (N.D. Cal. Local Rule 6-2; FRCP 6(b))

19

20

21

22

23

24

25

26

27

28

A/72330801.1/2000047-0000328979

1    For good cause shown, the Court HEREBY GRANTS Plaintiff and Defendant's

2  Stipulated Request for an Order Continuing the Parties' Case Management Conference and

3  Extending Defendant's Deadline to Answer or Otherwise Respond to Plaintiff's Complaint.

4  Accordingly, the operative deadlines in this matter are as follows:

5

| Activity | Date |
| --- | --- |
| Defendant's Deadline to Answer or Otherwise Respond to Plaintiff's Complaint. | January 25, 2008 |
| Last day to file Rule 26(f) Report covering topics set forth in the Standing Order for All Judges of the Northern District of California | February 8, 2008 |
| Initial Case Management Conference | February 15, 2008 at 1:30 p.m. |

**APPROVED AS TO FORM**

DATED: January 14, 2008           BINGHAM McCUTCHEN LLP


                                  By:  /s/ Bryan E. Daley
                                        Bryan E. Daley
                                        Attorneys for Defendant
                                        Claudia Rockseth-Shipman
                                        bryan.daley@bingham.com

DATED: January 14, 2008           COOK | ROOS | WILBUR | THOMPSON LLP


                                  By:  /s/ Susan H. Roos
                                        Susan H. Roos
                                        Attorneys for Plaintiff
                                        JLT Aerospace (North America), Inc.
                                        sroos@cookroos.com

**PURSUANT TO STIPULATION THIS IS SO ORDERED**

DATED:  January 15 , 2008         _____
                                        Hon. James Larson
                                        U.S. MAGISTRATE JUDGE
                                        Hon. Jeffrey S. White
                                        U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR AN ORDER CONTINUING THE CMC
AND EXTENDING DEFENDANT'S DEADLINE TO ANSWER/RESPOND (Case No. C 07-5099 (EMC))