| | |
|---|---|
| 1 | Bingham McCutchen LLP |
|   | ROBERT A. LEWIS (SBN 83630) |
| 2 | robert.lewis@bingham.com |
|   | ALAN R. BERKOWITZ (SBN 50112) |
| 3 | alan.berkowitz@bingham.com |
|   | Three Embarcadero Center |
| 4 | San Francisco, CA 94111-4067 |
|   | Telephone: 415.393.2000 |
| 5 | Facsimile: 415.393.2286 |
| 6 | Attorneys for Defendant |
|   | Claudia Shipman |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | JLT AEROSPACE (NORTH AMERICA), INC., a corporation, | No. C 07-5099 (JSW) |
| 13 |  | **DECLARATION OF CLAUDIA SHIPMAN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AND THIRD CAUSES OF ACTION** |
| 14 | Plaintiff, v. |  |
| 15 | CLAUDIA ROCKSETH-SHIPMAN, |  |
| 16 | Defendant. | Date: March 14, 2008 |
|    |  | Time: 9:00 a.m. |
| 17 |  | Place: Courtroom 2, 17th Floor |
|    |  | Judge: Hon. Jeffrey S. White |

A/72397749.1/2000047-0000328979

DECLARATION OF CLAUDIA SHIPMAN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS
CASE No. C 07-5099 (JSW)

1     Claudia Shipman declares:

2     1. I am the defendant in this lawsuit filed by JLT Aerospace (North America), Inc. ("JLT"). I have personal knowledge of the facts set forth in this Declaration and would be competent to testify to them if called upon to do so.

    2. Attached as Exhibit A are true and correct copies of the pertinent pages of the "JLT Holdings - Employee Handbook" that was provided to me during my employment with JLT, as well as a true and correct copy of the "Employee Handbook Acknowledgment" signed by me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of January, 2008 in Napa, California.

*Claudia D Shipman*
Claudia Shipman

A/72397749.1/2000047-0000328979

2

DECLARATION OF CLAUDIA SHIPMAN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS
CASE No. C 07-5099 (JSW)