# EXHIBIT A

# JLT HOLDINGS – U.S. DIVISION

# Employee Handbook Acknowledgment

I hereby acknowledge that I have received a copy of the **JLT Holdings – U.S. Division Employee Handbook** outlining the benefits, policies, and procedures of the Company. I further acknowledge that I have read or will read the contents of the employee handbook, and that I will abide by the policies and procedures. I will also contact my Manager or Corporate Human Resources Director if I have any questions.

I understand that JLT reserves the right to interpret, change, modify, or rescind any portion of this employee handbook with or without notice. I further understand that this employee handbook supersedes any employee handbook and/or policies previously issued by the Company.

I understand that the employee benefits, personnel policies, and rules in this employee handbook will remain in effect until changes become necessary.

Unless I have an employment agreement that provides otherwise, employment at JLT is employment-at-will, and I understand that either the Company or I may terminate employment at any time for any reason with or without notice.


_CLAUDIA D. ROCKSETH_
EMPLOYEE NAME *(PLEASE PRINT)*


_Claudia D. Rockseth_            _1 / 22 / 2007_
EMPLOYEE SIGNATURE                DATE

# JLT HOLDINGS – EMPLOYEE HANDBOOK

**JLT Holdings Inc. – US Corporate Office**
  Employee Intranet Site
  13 Cornell Road
  Latham, NY 12110

www.jltholdings.com
www.jltonline.com
Main:  518.782.0000
Fax:   518.782.3146
Toll Free:   800.234.5418

**Jardine Lloyd Thompson Benefits Inc.**
  13 Cornell Road
  Latham, NY 12110

www.jltbenefits.com
Main:  518.782.3000
Fax:   518.782.3202

**JLT Aerospace (North America) Inc.**
  2333 Ponce de Leon Blvd, Suite R200
  Coral Gables, FL 33134

www.jltaerospace.com
Main:  305.779.7623
Fax:   305.779-7677

  1401 Peachtree Street, Suite 500
  Atlanta, GA 30309

Main:
Fax:

  13873 Park Center Road, Suite 201
  Herndon, VA 20171

Main:  703.459.2386
Fax:   703.459.2380

  520 Pike Street, Suite 1460
  Seattle, WA 98101

Main:  206.382.6630
Fax:   206.382.6633

**JLT Re (North America) Inc.**
  600 Fifth Avenue, 16th Floor
  New York, NY 10020

www.jltre.com
Main:  212.510.1800
Fax:   212.510.1888

  300 South Wacker Drive, Suite 2424
  Chicago, IL 60606

Main:  312.235.8200
Fax:   312.386.1205

**Protection Advantage, Inc.**
  13 Cornell Road
  Latham, NY 12110

www.protectionadvanatage.com
Main:  518.782.3000
Fax:   518.782.3202

**WorldLink Specialty Insurance Services, Inc.**
  3101 West Coast Highway, Suite 310
  Newport Beach, CA 92663

www.worldlinkinsurance.com
Main:  949.515.9981
Fax:   949.515.9984

  550 South Hope Street, Suite 1825
  Los Angeles, CA 90071

Main:  213.337.3041
Fax:   213.337.3061

# 100  INTRODUCTION

## 101  About the Company

The **Jardine Lloyd Thompson** group of companies (JLT Group) is a leading risk management adviser and insurance and reinsurance broker. JLT is also a major provider of employee benefit administration services and related consultancy advice.

JLT is quoted on the London Stock Exchange and is the largest European-headquartered company providing these services and is one of the largest firms of its type in the world.

JLT only operates in specialist areas where it is or can become a market leader. Through the success of this business philosophy, it has grown to become one of the world's leading international insurance and reinsurance brokers. JLT also has a substantial employee benefits business which provides pension administration, outsourcing and employee reward and benefits consultancy.

Through subsidiaries and affiliated companies, JLT operates in more than 30 countries and employs over 5,000 staff.

JLT is committed to a considered, yet entrepreneurial approach to its business. Its stability as a firm is a platform for the creativity and innovation in its work with clients.

JLT conducts its business in two main areas:

▲ **Risk & Insurance** – comprising JLT's worldwide insurance and reinsurance broking activities and risk advisory services.

▲ **Employee Benefits** – consisting of pension administration, outsourcing and reward and benefits consultancy.

### 102  Code of Conduct

The Company's *Code of Conduct* establishes the standards and values that the Jardine Lloyd Thompson Group wishes to uphold in operating the business. A copy of the Company's Code of Conduct can be found in the Appendix.

Compliance with the Code of Conduct is essential as is compliance with any Industry Code of Conduct or Code of Practice that may be in force in any of the jurisdictions that the Company operates. Failure to comply with local laws and regulations can result in Group companies incurring fines or other penalties, suffering restrictions on our business activities, and, in some cases, the withdrawal of the right to carry on or operate certain businesses.

Failure to comply with the Code of Conduct can also have serious consequences for the individual employee concerned. This could include loss of career prospects, termination of employment, possible removal of the right to engage in particular businesses, fines or imprisonment.

Employees should understand and become familiar with the Code of Conduct, and observe it all times. Questions regarding the Code of Conduct should be directed to the Corporate Human Resources office.

### 103  Purpose of Employee Handbook

The purpose of this employee handbook is to communicate the Company's personnel policies and practices to all employees in order for employees to know what is expected of them and what they can expect from the Company. It is important that each employee understand the Company's policies that relate to benefits, rules, regulations, procedures, practices, work standards, and compensation. This employee handbook is not all-inclusive, and is only a set of guidelines. In addition, this employee handbook should not be interpreted as forming an express or implied contract or promise that the policies discussed in it will be applied in all cases.

Unless otherwise stated, this employee handbook supersedes and replaces any employee handbook and/or policies previously issued by the Company.

**Questions** – Any questions regarding any topic covered in this employee handbook should be directed to the appropriate Manager or a Corporate Human Resources representative.

**Employee Responsibility** – It is the responsibility of each employee to read, understand, and comply with all provisions of this employee handbook and to retain it for future reference.

### 104    *Employee Handbook Changes or Modifications*

The Company continually strives to improve and update its policies and may modify or rescind them at any time. The Company reserves the right to interpret all information presented in this employee handbook.

**Employee Handbook Updates** – Employees will receive notification of changes to this on-line employee handbook. The Company will try to keep the handbook current, but there may be times when policy will change before the material can be revised. Precedence will be given to the most current information over that which may be in this manual and out of date.

**Government Regulations** – JLT has made every effort to ensure the policies in this employee handbook are in compliance with all federal, state, and local regulations. In the event that a provision in this employee handbook is in conflict with a federal, state, or local regulation, the appropriate regulation will prevail and the provision in the employee handbook will be deemed amended to the extent necessary to comply with said regulation.

### 105    *Definitions*

For the purpose of this employee handbook, the following terms are defined as follows:

**JLT Holdings-US Division** – The business units that comprise JLT Holdings-US Division will be referred to as collectively as "JLT" or the "Company."

**Manager** – An individual who has been designated by the Company to assign, direct, and inspect the work of a designated group of employees.

**Employee** – An individual who is employed by the Company as a full-time, part-time, or temporary employee. An independent contractor or an individual who works for a temporary employment agency is not considered an employee.

## 300  EMPLOYMENT MATTERS

### 301  *Employment-at-Will*

JLT follows the practice of employment-at-will. This employee handbook neither creates a contract, express or implied, nor offers a warranty of benefits. The Company does not promise or guarantee employment for any specified period of time. Unless otherwise provided in a written employment agreement, either the employee or the Company may terminate employment at any time for any reason with or without notice.

**Employment Agreements** – The Chief Executive Officer is the only Company representative authorized to enter into a written employment agreement on behalf of the Company with any employee. All employment agreements must be in writing and signed by both the Chief Executive Officer and the employee.

### 302  *Disclosure of Employment Information*

All requests for employment or reference information must be referred to the Corporate Human Resources office. A Corporate or local Human Resources representative will respond to inquiries for reference information regarding current or previous employees by confirming only dates of employment and the last position held. The Human Resources representative may provide, at the Company's discretion, additional employment information to outside parties only after receipt of a written authorization and hold harmless release signed by the current or former employee.

### 303  *Rehire or Reinstatement of Former Employees*

Former employees who left the Company in good standing may be considered for re-employment. Each request for re-employment is reviewed based upon the circumstances of the past separation and the Company's current needs. Former employees who resigned without notice or who were dismissed for disciplinary reasons may not be considered for reemployment.

**Rehire** – A former employee with at least five years of service at his/her separation from employment, who is rehired as a regular employee within three years of his/her termination date, will qualify for the following benefits:

▲ Prior service will be restored for the 401(k) and retirement plans in accordance with the plan documents;

▲ Eligibility to participate in group insurance programs will be the same as for all new hires;

▲ Prior vacation accrual level will be restored *(increased accrual will occur based on the re-employment date)* and sick days/salary continuation will be the same as for all new hires.