IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JLT AEROSPACE (NORTH AMERICA), INC., <br><br> Plaintiff, <br><br> v. <br><br> CLAUDIA ROCKSETH-SHIPMAN, <br><br> Defendant. | No. C 07-05099 JSW <br><br> **ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on March 14, 2008 on Defendant's motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than February 15, 2008 and a reply brief shall be filed by no later than February 22, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: January 28, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE