UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JLT AEROSPACE (NORTH AMERICA), INC.

       Plaintiff(s),                           No. C 07-05099 JSW

    v.                                     **CLERK'S NOTICE**

CLAUDIA ROCKSETH-SHIPMAN

       Defendant(s).

_____/

    YOU ARE HEREBY NOTIFIED that on March 14, 2008, at 9:00 a.m., immediately following the hearing on Defendant's Motion to Dismiss, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for** February 15, 2008 , in this matter.   The joint case management statement shall be due on or before March 7, 2008.

                                                Richard W. Wieking
                                                Clerk, United States District Court

                                                By:_____
                                                Jennifer Ottolini, Deputy Clerk
                                                Honorable Jeffrey S. White
                                                (415) 522-4173

Dated:  January 28, 2008