COOK | ROOS | WILBUR | THOMPSON LLP
SUSAN H. ROOS, CBN 107278
MICHAEL E. WILBUR, CBN 152361
KRISTINA H. SHUTE, CBN 221439
221 Main Street, Suite 1600
San Francisco, California 94105
Telephone:   415-362-7071
Facsimile:   415-362-7073

Attorneys for Plaintiff
JLT AEROSPACE (NORTH AMERICA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JLT AEROSPACE (NORTH AMERICA), INC., a corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>CLAUDIA ROCKSETH-SHIPMAN, an individual,<br><br>              Defendant. | Case No.: C 07 5099 JSW<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS JLT'S FIRST AND THIRD CAUSES OF ACTION**<br><br>Date: March 14, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 2, 17th Floor<br>Judge: Hon. Jeffrey S. White |

Defendant's Motion to Dismiss plaintiff's first and third causes of action came on regularly for hearing on March 14, 2008, the Honorable Jeffrey S. White, United States District Court Judge presiding.

Having reviewed the Motion to Dismiss, all supporting and opposing legal memoranda, and having considered the argument of counsel, and good cause having been shown, the Court orders as follows:

///

///

1. Defendant's Motion to Dismiss plaintiff's first and third causes of action is DENIED.
2. IT IS SO ORDERED.

Dated: _____, 2008.

_____
Hon. Jeffrey S. White
U.S. District Court Judge