# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| JLT Aerospace (North America) Inc, <br><br>　　　　　Plaintiff(s), <br><br>　v. <br><br>Rockseth-Shipman, <br><br>　　　　　Defendant(s). | 07-05099 JSW <br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

　　　The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

　　　Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---
**Notice Re: Noncompliance With Court Order**
07-05099 JSW                    -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4       It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: February 27, 2008

                                        RICHARD W. WIEKING
                                        Clerk
                                        by:    Timothy J. Smagacz

                                        _____
                                        ADR Administrative Assistant
                                        415-522-4205
                                        Tim_Smagacz@cand.uscourts.gov

**PROOF OF SERVICE**

Case Name:   JLT Aerospace (North America) Inc v. Rockseth-Shipman

Case Number:   07-05099 JSW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On February 27, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Michael Eugene Wilbur
>   Cook Roos Wilbur Thompson LLP
>   221 Main Street
>   Suite 1600
>   San Francisco, CA 94105
>   mikewilbur@cookroos.com
>
>   Susan Herbst Roos
>   Cook Roos Wilbur Thompson LLP
>   221 Main Street, Suite 1600
>   San Francisco, CA 94105
>   sroos@cookroos.com
>
>   Kristina Helen Shute Esq.
>   Cook Roos Wilbur Thompson LLP
>   221 Main Street, Suite 1600
>   San Francisco, CA 94105
>   kshute@cookroos.com
>
>   Bryan E. Daley
>   Bingham McCutchen LLP

Three Embarcadero Center
San Francisco, CA 94111
bryan.daley@bingham.com

Robert Arthur Lewis
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111
robert.lewis@bingham.com

Lee Ellen Potter
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111
hoddy.potter@bingham.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 27, 2008 in San Francisco, California.

                                        RICHARD W. WIEKING
                                        Clerk
                                        by:   Timothy J. Smagacz

                                        _____
                                        ADR Administrative Assistant
                                        415-522-4205
                                        Tim_Smagacz@cand.uscourts.gov