1  COOK │ ROOS │ WILBUR │ THOMPSON LLP
   SUSAN H. ROOS, CBN 107278
2  MICHAEL E. WILBUR, CBN 152361
   KRISTINA H. SHUTE, CBN 221439
3  221 Main Street, Suite 1600
   San Francisco, California 94105
4  Telephone:    415-362-7071
   Facsimile:    415-362-7073
5
   Attorneys for Plaintiff
6  JLT AEROSPACE (NORTH AMERICA), INC.

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                               SAN FRANCISCO DIVISION

11

12 JLT AEROSPACE (NORTH AMERICA), INC., )   Case No.: C 07 5099 JSW
   a corporation,                       )
13                                      )
                                        )  **PLAINTIFF'S CERTIFICATION OF**
14              Plaintiff,              )  **INTERESTED ENTITIES OR PERSONS**
                                        )
15      vs.                             )
                                        )
16 CLAUDIA ROCKSETH-SHIPMAN, an         )
17 individual,                          )
                                        )
18              Defendant.              )
                                        )
19 _____)

20

21

22

23

24

25

26

27

28

JLT AEROSPACE v. ROCKSETH-SHIPMAN, ET AL.         CERTIFICATION OF INTERESTED ENTITIES OR
CASE NO. C 07 5099 JSW                                                              PERSONS
                                        1

1  Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons,
2 associations of persons, firms, partnerships, corporations (including parent corporations) or other
3 entities (i) have a financial interest in the subject matter in controversy on in a party to the
4 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5 substantially affected by the outcome of this proceeding: JLT Holdings, Inc., JIB Overseas Holdings
6 Limited, and JLT Group plc.

8 Dated: March 7, 2008

9 COOK | ROOS | WILBUR | THOMPSON LLP

11 By _____ */s/* Susan H. Roos_____
12 SUSAN H. ROOS
Attorneys for Plaintiff
13 JLT AEROSPACE (NORTH AMERICA), INC.