| | |
|---|---|
| 1 | Bingham McCutchen LLP |
|   | ROBERT A. LEWIS (SBN 83630) |
| 2 | robert.lewis@bingham.com |
|   | ALAN R. BERKOWITZ (SBN 50112) |
| 3 | alan.berkowitz@bingham.com |
|   | HODDY POTTER (SBN 238507) |
| 4 | hoddy.potter@bingham.com |
|   | Three Embarcadero Center |
| 5 | San Francisco, CA  94111-4067 |
|   | Telephone:  415.393.2000 |
| 6 | Facsimile:  415.393.2286 |
|   | Attorneys for Defendant |
| 7 | Claudia Shipman |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JLT AEROSPACE (NORTH AMERICA), INC., a corporation, | | No. C 07-5099 (JSW) |
| | Plaintiff, | **DEFENDANT'S CERTIFICATION OF INTERESTED PARTIES** |
| | v. | |
| CLAUDIA ROCKSETH-SHIPMAN, | | |
| | Defendant. | |

A/72463798.1

Case No. C 07-5099 (JSW)

**DEFENDANT'S CERTIFICATION OF INTERESTED PARTIES**

1  Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed
2  persons, associations of persons, firms, partnerships, corporations (including parent corporations) or
3  other entities (i) have a financial interest in the subject matter in controversy on in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding: Marsh USA, Inc., Marsh Inc. and Marsh &
6  McLennan Companies, Inc.

DATED: March 12, 2008                BINGHAM McCUTCHEN LLP

By:         /s/ Robert A. Lewis
                Robert A. Lewis
            robert.lewis@bingham.com
              Attorneys for Defendant
                Claudia Shipman

**DEFENDANT'S CERTIFICATION OF INTERESTED PARTIES**