# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**　　　　　**COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: March 14, 2008　　　　　　　**Court Reporter**:  Kathy Wyatt

**CASE NO. C-07-5099  JSW**

**TITLE:**  JLT Aerospace (North America) Inc., v. Claudia Rockseth-Shipman

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Susan Roos | Robert Lewis |
|  | Hoddy Potter |

**PROCEEDINGS:**  Initial  Case Management Conference

**RESULTS:**　Defendant shall file an answer by 3-31-08

　　　　　　ADR:  Court mediation to be completed by 7-14-08

　　　　　　Close of fact discovery:  11-14-08

　　　　　　Close of Expert discovery: 3-27-09

　　　　　　Further CMC:  8-8-08 at 1:30 p.m.

　　　　　　Hearing on dispositive motions (if any): 1-9-09 at 9:00 a.m.

　　　　　　Pretrial Conference:4-6-09 at 2:00 p.m.

　　　　　　Jury Trial: 4-28-09 at 8:30 a.m.  (5 - 10 day est.)

**cc:**  ADR