# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# AMENDED CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**          **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: March 14, 2008              **Court Reporter**:  Kathy Wyatt

**CASE NO. C-07-5099  JSW**

**TITLE:** JLT Aerospace (North America) Inc., v. Claudia Rockseth-Shipman

**COUNSEL FOR PLAINTIFF:**            **COUNSEL FOR DEFENDANT:**

Susan Roos                            Robert Lewis
                                      Hoddy Potter

**PROCEEDINGS:**  Initial  Case Management Conference

**RESULTS:**   Defendant shall file an answer by 3-31-08

ADR:  Court mediation to be completed by 7-14-08

Close of fact discovery:  11-14-08

Close of Expert discovery: 3-27-09

Further CMC:  8-8-08 at 1:30 p.m.

Hearing on dispositive motions (if any): 1-9-09 at 9:00 a.m.

Pretrial Conference:4-6-09 at 2:00 p.m.

Jury Trial: **4-27-09** at 8:30 a.m.  (5 - 10 day est.)

**cc:**  ADR