1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9               **Northern District of California**

10  JLT Aerospace (North America) Inc,          07-05099 JSW MED

11                  Plaintiff(s),          **Notice of Appointment of Mediator**

12          v.

13  Rockseth-Shipman,

14                  Defendant(s).

15  TO COUNSEL OF RECORD:

16          The court notifies the parties and counsel that the Mediator assigned to this case

17  is:

18                          **James Gilliland**
                          Townsend and Townsend and Crew LLP
19                          2 Embarcadero Center, 8th Floor
                          San Francisco, CA 94111
20                          415-576-0200

21          Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which

22  governs the Mediation program.  The mediator will schedule a joint phone conference

23  with counsel under ADR L.R. 6-6 and will set the date of the mediation session within

24  the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

25  The court permits the mediator to charge each party its pro rata share of the cost of the

26  phone conference.

27

28

**Notice of Appointment of Mediator**
07-05099 JSW MED                    - 1 -

**United States District Court**
**Northern District of California**

1    Counsel are reminded that the written mediation statements required by the ADR

2    L.R. 6-7 shall NOT be filed with the court.

3

4    Dated: March 20, 2008

5                                                RICHARD W. WIEKING
                                                 Clerk
6                                                by:    Claudia M. Forehand

7    

8                                                ADR Case Administrator
                                                 415-522-2059
9                                                Claudia_Forehand@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice of Appointment of Mediator**
07-05099 JSW MED                        - 2 -