# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| JLT Aerospace (North America) Inc, | No. C 07-05099 JSW MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Rockseth-Shipman, | |
| Defendant(s). | |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) July 1, 2008

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☐ phone discussions expected by (date) _____
   ☒ no – There may be further discussions after further discovery

4. IS THIS ADR PROCESS COMPLETED?   ☒ YES   ☐ NO

Dated: July 1, 2008

Mediator, James Gilliland
Townsend and Townsend and Crew LLP
2 Embarcadero Center, 8th Floor
San Francisco, CA 94111

Certification of ADR Session
07-05099 JSW MED