# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE:  JEFFREY S. WHITE**           **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**:  August 8, 2008                        **Court Reporter**: Belle Ball

**CASE NO. C- 7-5099 JSW**

**TITLE: JLT Aerospace (North America)** Inc., Claudia Rockseth-Shipman

**COUNSEL FOR PLAINTIFF:**            **COUNSEL FOR DEFENDANT:**

Susan Roos                                        Robert Lewis

**PROCEEDINGS:**   Case Management Conference

**RESULTS:**   Counsel shall confer with clients and submit a joint consent / declination for reassignment to a Magistrate Judge for All Purposes by 8-15-08.

ADR:  Settlement conference before a randomly assigned Magistrate Judge shall be completed by:  10-31-08.

Future dates remain as previously scheduled.

Further CMC:  1-9-09 at 9:00 a.m.
Joint updated case management statement due:  1-2-09

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE:  JEFFREY S. WHITE**                **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**:  August 8, 2008                   **Court Reporter**: Belle Ball

**CASE NO. C- 7-5099 JSW**

**TITLE: JLT Aerospace (North America)** Inc., Claudia Rockseth-Shipman

**COUNSEL FOR PLAINTIFF:**                  **COUNSEL FOR DEFENDANT:**

Susan Roos                                  Robert Lewis

**PROCEEDINGS:**   Case Management Conference

**RESULTS:**  Counsel shall confer with clients and submit a joint consent / declination for reassignment to a Magistrate Judge for All Purposes by 8-15-08.

ADR:  Settlement conference before a randomly assigned Magistrate Judge shall be completed by:  10-31-08.

Future dates remain as previously scheduled.

Further CMC:  1-9-09 at 9:00 a.m.
Joint updated case management statement due:  1-2-09