1  Bingham McCutchen LLP
   ALAN R. BERKOWITZ (SBN 50112)
2  alan.berkowitz@bingham.com
   ROBERT A. LEWIS (SBN 83630)
3  robert.lewis@bingham.com
   HODDY POTTER (SBN 238507)
4  hoddy.potter@bingham.com
   ELIZABETH KENNEDY (SBN 246039)
5  bess.kennedy@bingham.com
   Three Embarcadero Center
6  San Francisco, CA  94111-4067
   Telephone:  415.393.2000
7  Facsimile:  415.393.2286

8  Attorneys for Defendant
   Claudia Shipman
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13

14  JLT AEROSPACE (NORTH AMERICA), INC.,    No. C 07 5099 JSW
    a corporation,
15                                          JOINT DECLINATION TO PROCEED
              Plaintiff,                    BEFORE A MAGISTRATE JUDGE
16       v.

17  CLAUDIA ROCKSETH-SHIPMAN, an
    individual,
18
              Defendant.
19

20

21

22

23

24

25

26

27

28
   A/72626691.1/2000047-0000328979

1  The undersigned parties in the above-captioned civil matter hereby decline to
2  consent to the assignment of this case to a United States Magistrate Judge for trial and
3  disposition.

5  DATED: August 15, 2008          BINGHAM MCCUTCHEN LLP

By: _____/s/_____
Elizabeth Kennedy
Attorneys for Defendants
Claudia Rockseth-Shipman

DATED: August 15, 2008          COOK | ROOS | WILBUR | THOMPSON LLP

By: _____/s/_____
Susan H. Roos
Attorneys for Plaintiff
JLT Aerospace (North America), Inc.