1   COOK | ROOS | WILBUR | THOMPSON LLP
    SUSAN H. ROOS, CBN 107278
2   KRISTINA H. SHUTE, CBN 221439
    221 Main Street, Suite 1600
3   San Francisco, California 94105
    Telephone:    415-362-7071
4   Facsimile:    415-362-7073

5   Attorneys for Plaintiff
    JLT AEROSPACE (NORTH AMERICA), INC.

6

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  JLT AEROSPACE (NORTH AMERICA), INC., )   Case No.: C 07 5099 JSW
    a corporation,                       )
13                                        )
                                          )   **STIPULATION AND [PROPOSED]**
14                  Plaintiff,            )   **AGREED ORDER OF DISMISSAL**
                                          )
15          vs.                           )
                                          )
16  CLAUDIA ROCKSETH-SHIPMAN, an          )
    individual,                           )
17                                        )
                                          )
18                  Defendant.            )
                                          )
19                                        )

20

21

22

23

24

25

26

27

28

JLT AEROSPACE v. ROCKSETH-SHIPMAN, ET AL.          STIPULATION AND [PROPOSED] AGREED ORDER
CASE NO. C 07 5099 JSW                                                    OF DISMISSAL

1    IT IS HEREBY STIPULATED by and between the parties to this action through their

2    designated counsel that the above-captioned action be and hereby is dismissed with prejudice

3    pursuant to FRCP 41(a)(1), with each side to bear its/her own attorneys' fees and costs.

4

5    Dated: October 17, 2008.

6                                          COOK | ROOS | WILBUR | THOMPSON LLP

7

8                                          By _____

9                                               SUSAN H. ROOS

10                                          Attorneys for Plaintiff
                                             JLT AEROSPACE (NORTH AMERICA), INC.

11

12   Dated: October 16, 2008.

13
                                           BINGHAM McCUTCHEN LLP
14

15                                          By _____

16                                               ROBERT LEWIS
                                             Attorneys for Defendant and Counter Claimant
17                                               CLAUDIA ROCKSETH-SHIPMAN

18

19

20   PURSUANT TO STIPULATION, IT IS SO ORDERED

21

22

23   DATED: October 20, 2008       _____

24                                               Hon. Jeffrey S. White
                                             U.S. DISTRICT JUDGE
25

26

27   P091908 khsstipdismissal.doc

28

JLT AEROSPACE v. ROCKSETH-SHIPMAN, ET AL.        STIPULATION AND [PROPOSED] AGREED ORDER
CASE NO. C 07 5099 JSW                                                    OF DISMISSAL